|   |                                                         |
|---|---------------------------------------------------------|
| 1 |                                                         |
| 2 |                                                         |
| 3 |                                                         |
| 4 |                                                         |
| 5 |                                                         |
| 6 |                                                         |
| 7 |                                                         |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| BRIAN TERWILLEGER, | |
|---|---|
| Plaintiff, | CASE NO. 3:19-cv-05215-RBL-JRC |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| GRAYS HARBOR COUNTY, | |
| Defendant. | |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, any objections to the Report and Recommendation, and the remaining record, does hereby find and **ORDER**,

(1) The Report and Recommendation is **ADOPTED**. Defendant's motion to dismiss with prejudice (dkt. 21) is granted.

(2) This matter is dismissed with prejudice.

(3) The case shall be closed. Because cause numbers 3:19-cv-5216-RBL-JRC; 3:19-cv-05218-RBL-JRC; and 3:19-cv-05219-RBL-JRC were consolidated under cause number 3:19-cv-

05215-RBL-JRC, this means that the Clerk shall also close the causes under -5216, -5218, and -5219.

The Clerk shall send copies of this Order to plaintiff and to Magistrate Judge Creatura.

IT IS SO ORDERED.

DATED this 4th day of September, 2019.

Ronald B. Leighton
United States District Judge